# EXHIBIT A

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Wank Adams Slavin Associates LLP**  Case No. **15-11952 (MEW)**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A. Esteban & Company<br>132 West 36th Street, FL. 10<br>Attn.: Chris Esteban<br>New York, NY 10018 | A. Esteban & Company<br>132 West 36th Street, FL. 10<br>Attn.: Chris Esteban<br>New York, NY 10018 | Trade debt | | 127,044.00 |
| AECOS, Ltd.<br>Rosenberg Feldman Smith, LLP<br>551 Fifth Avenue, 24th Flr.<br>New York, NY 10176 | AECOS, Ltd.<br>Rosenberg Feldman Smith, LLP<br>551 Fifth Avenue, 24th Flr.<br>New York, NY 10176 | State Court Action | Contingent | 988,792.00 |
| Aetna Life Insurance Company<br>151 Farmington Avenue<br>Attn: General Counsel<br>Hartford, CT 06154 | Aetna Life Insurance Company<br>151 Farmington Avenue<br>Attn: General Counsel<br>Hartford, CT 06154 | Trade debt | | 137,717.00 |
| American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | Trade debt | | 33,018.48 |
| Architectural Preservation<br>Attn: Pamela Jerome<br>740 Broadway<br>New York, NY 10003 | Architectural Preservation<br>Attn: Pamela Jerome<br>740 Broadway<br>New York, NY 10003 | Trade debt | | 98,552.00 |
| Desimone Consulting Engineers<br>Attn.: Ben Downing<br>55 Church Street, 4th Fl.<br>New Haven, CT 06510 | Desimone Consulting Engineers<br>Attn.: Ben Downing<br>55 Church Street, 4th Fl.<br>New Haven, CT 06510 | Trade debt | | 90,540.00 |
| KS Engineers P.C.<br>Attn.: Kamal Shahid<br>494 Broad St<br>Newark, NJ 07102 | KS Engineers P.C.<br>Attn.: Kamal Shahid<br>494 Broad St<br>Newark, NJ 07102 | Trade debt | | 39,740.00 |
| Lafayette-Astor Associates LLC<br>c/o Lasser Law Group, PLLC<br>10 East 39th Street, 12th Fl<br>New York, NY 10016 | Lafayette-Astor Associates LLC<br>c/o Lasser Law Group, PLLC<br>10 East 39th Street, 12th Fl<br>New York, NY 10016 | Judgment | | 427,882.22 |

B4 (Official Form 4) (12/07) - Cont.

In re **Wank Adams Slavin Associates LLP**      Case No. **15-11952 (MEW)**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Liberty Personnel Services**<br>410 Feheley Drive<br>King of Prussia, PA 19406 | **Liberty Personnel Services**<br>410 Feheley Drive<br>King of Prussia, PA 19406 | Trade debt | | 21,675.00 |
| **Mathews Nielsen**<br>Attn.: Signe Nielsen<br>120 Broadway<br>New York, NY 10271 | **Mathews Nielsen**<br>Attn.: Signe Nielsen<br>120 Broadway<br>New York, NY 10271 | Trade debt | | 43,646.00 |
| **McLaren Engineering Group**<br>Attn.: Steven L. Grogg<br>100 Snake Hill Road<br>West Nyack, NY 10994 | **McLaren Engineering Group**<br>Attn.: Steven L. Grogg<br>100 Snake Hill Road<br>West Nyack, NY 10994 | Trade debt | | 58,259.00 |
| **Metropolis Group, Inc.**<br>Attn.: Frank Fortino<br>22 Cortlandt Street<br>New York, NY 10007 | **Metropolis Group, Inc.**<br>Attn.: Frank Fortino<br>22 Cortlandt Street<br>New York, NY 10007 | Trade debt | | 56,010.00 |
| **Narov Associates**<br>Attn.: Fruma Narov<br>10 Holder Place, #4B<br>Forest Hills, NY 11375 | **Narov Associates**<br>Attn.: Fruma Narov<br>10 Holder Place, #4B<br>Forest Hills, NY 11375 | Trade debt | | 30,569.00 |
| **Pennoni Associates, Inc.**<br>Attn.: Todd M. Hay<br>105 Fieldcrest Avenue<br>Edison, NJ 08837 | **Pennoni Associates, Inc.**<br>Attn.: Todd M. Hay<br>105 Fieldcrest Avenue<br>Edison, NJ 08837 | Trade debt | | 54,158.00 |
| **Procida Construction Corp.**<br>Attn.: Mario Procida<br>456 East 173rd Street<br>Bronx, NY 10457 | **Procida Construction Corp.**<br>Attn.: Mario Procida<br>456 East 173rd Street<br>Bronx, NY 10457 | Trade debt | | 25,000.00 |
| **RJ Green Construction Group**<br>Attn.: M. Arif Mughal<br>814 Coney Island Avenue<br>Brooklyn, NY 11218 | **RJ Green Construction Group**<br>Attn.: M. Arif Mughal<br>814 Coney Island Avenue<br>Brooklyn, NY 11218 | Trade debt | | 23,200.00 |
| **Severud Associates**<br>Attn.: Edward M. DePaola<br>469 Seventh Avenue<br>New York, NY 10018 | **Severud Associates**<br>Attn.: Edward M. DePaola<br>469 Seventh Avenue<br>New York, NY 10018 | Trade debt | | 48,700.00 |
| **Techmind Consulting, Inc.**<br>Attn.: Stephen Fishkin<br>740 Broadway<br>New York, NY 10003 | **Techmind Consulting, Inc.**<br>Attn.: Stephen Fishkin<br>740 Broadway<br>New York, NY 10003 | Trade debt | | 37,219.00 |
| **Weidlinger Associates, Inc.**<br>Attn.: Peter DiMaggio<br>40 Wall Street<br>New York, NY 10005 | **Weidlinger Associates, Inc.**<br>Attn.: Peter DiMaggio<br>40 Wall Street<br>New York, NY 10005 | Trade debt | | 34,346.00 |

B4 (Official Form 4) (12/07) - Cont.
In re **Wank Adams Slavin Associates LLP**                                            Case No.  **15-11952 (MEW)**
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **XIN Development Mgmt East, LLC c/o Tannenbaum Helpern, et al. 900 Third Avenue New York, NY 10022** | **XIN Development Mgmt East, LLC c/o Tannenbaum Helpern, et al. 900 Third Avenue New York, NY 10022** | **Trade debt** | **Contingent** | **10,000,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 28, 2015**                                    Signature    **/s/ Harry Spring**
                                                                        **Harry Spring**
                                                                        **Senior Managing Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.